FILED
CLERK, U.S. DISTRICT COURT
11/20/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$52,427.56 IN FUNDS HELD IN U.S. BANK ACCOUNT '9198, et al.,<br><br>Defendants. | No. 8:17-cv-00324-CJC-E<br><br><br>CONSENT JUDGMENT OF FORFEITURE (DKT. 50) |
| LOUAI KHAYAT, SAFEIA KHAYAT, AND IYAD KHAYAT,<br><br>Claimants. | |

Plaintiff United States of America and Claimants Louai Khayat, Safeia Khayat, and Iyad Khayat (collectively, the "Claimants") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2.      The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The Claimants filed claims and answers and the time for filing claims and answers has expired. All potential claimants to the defendants $52,427.56 in Funds Held in U.S. Bank Account '9198, $20,476.79 in Funds Held in U.S. Bank Account '4088 and $25,815.85 in Funds Held in Wells Fargo Bank Account '3933 (collectively, the "defendants"), other than Claimants, are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.      $5,000.00 of defendant $52,427.56 in Funds Held in U.S. Bank Account '9198, without interest, shall be returned to Claimants through their counsel. The United States Marshals Service shall release said funds by wire transfer to Claimants' counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith. Claimants and their attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law. The United States Marshals Service shall make the transfer within 60 days of the entry of this judgment or its receipt of the necessary information, whichever is later.

4.      The United States of America shall have judgment as to the remainder of the defendants and all interest earned on the entirety of the defendants since seizure, and no other person or entity shall have any right, title or interest therein. The United States is ordered to dispose of the said defendants and interest earned in accordance with law.

5.      The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the defendants.

DATED: November 20, 2020

_____

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE